# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 7, 2024

Lyle W. Cayce
Clerk

No. 23-20448

Petrobras America, Incorporated,

*Plaintiff—Appellant/Cross-Appellee*,

*versus*

Samsung Heavy Industries Company, Limited,

*Defendant—Appellee/Cross-Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1410

Before Jones, Smith, and Ho, *Circuit Judges*.

Per Curiam:[*]

We have carefully considered this appeal in light of the briefs, the record, and oral argument. Having done so we find no error that would affect the judgment of the district court. We therefore affirm essentially for the reasons stated in the district court's opinion.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.